Argued and submitted December 13, 1995, reversed and remanded for reconsideration January 24, 1996

In the Matter of the Compensation of
Terry L. Starnes, Claimant.

Terry L. STARNES,
*Petitioner,*

*v.*

OREGON DEPARTMENT OF TRANSPORTATION
and SAIF Corporation,
*Respondents.*

(WCB 93-07378; CA A88263)

909 P2d 904

Gloria D. Schmidt argued the cause and filed the brief for petitioner.

Michael O. Whitty, Special Assistant Attorney General, argued the cause for respondents. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

Reversed and remanded for reconsideration in light of 1995 amendments to ORS 656.273. *Volk v. America West Airlines*, 135 Or App 565, 899 P2d 746 (1995).